# Exhibit A to Subpoena

Aetna Inc.
ATTN: Custodian of Records
151 Farmington Avenue
Hartford, CT 06156

# TABLE OF CONTENTS

DATA SCOPE  - PROVIDE IN MICROSOFT EXCEL FORMAT ................................................................................ 2

PROVIDER SCOPE – RENDERING PROVIDER NPI LIST ................................................................................... 2

GENERAL DESCRIPTION ............................................................................................................................... 4

    FIELD / DATA ELEMENT Naming ................................................................................................................. 4

    Requirement - Data Dictionary ................................................................................................................... 4

DATA FILE: .................................................................................................................................................... 4

METADATA .................................................................................................................................................... 5

DATA FILE CONTENT ..................................................................................................................................... 5

ADDITIONAL PROVIDER SPECIFIC DATA FOR ALL PROVIDERS INCLUDED IN THE  CLAIM DATA FILE ............... 133

DOCUMENTS, POLICIES AND PROCEDURES, AND CLAIM EDITS ................................................................... 133

# Data Scope  - Provide in Microsoft Excel Format

- <u>All</u> claims of any kind between dates of service January 1, 2013, to December 31, 2019
- For those providers listed below.
- For all submitters within scope of the NPI list and time range, however the submitters of primary interest is one of the following:
  - o Leale Billing Corp.
  - o Leale Inc.,
  - o Remm Consultants, Inc.
  - o Elite Industrial Ltd.

# Provider Scope – Rendering Provider NPI List

The data should include all claims and encounter data available for the following providers

| | | | |
|---|---|---|---|
| 1003826066 | 1154632172 | 1275976953 | 1457644296 |
| 1013013101 | 1154720506 | 1295814416 | 1467523340 |
| 1013173996 | 1154735736 | 1306003405 | 1477997476 |
| 1013991009 | 1164440293 | 1316036866 | 1497827810 |
| 1023092103 | 1164452827 | 1316081623 | 1497971790 |
| 1023174901 | 1164467239 | 1316128937 | 1508042169 |
| 1023379203 | 1164765038 | 1316922503 | 1508107475 |
| 1033490214 | 1164809711 | 1316996911 | 1508844390 |
| 1043289218 | 1174647192 | 1326029026 | 1508915471 |
| 1043357650 | 1174834139 | 1326169160 | 1528281276 |
| 1043411887 | 1184725863 | 1326274788 | 1528284700 |
| 1043546245 | 1184941668 | 1336200898 | 1538328703 |
| 1053368241 | 1205909546 | 1346332301 | 1548309610 |
| 1053468504 | 1225062797 | 1356410914 | 1548615875 |
| 1063510840 | 1225068786 | 1356450928 | 1558342451 |
| 1063590230 | 1225208408 | 1356500623 | 1558359265 |
| 1063610251 | 1225210164 | 1366657199 | 1568516961 |
| 1073550232 | 1235151796 | 1366685711 | 1578547105 |
| 1073717666 | 1235184516 | 1376682443 | 1578675971 |
| 1073773180 | 1235294604 | 1376696179 | 1588697536 |
| 1073820536 | 1235308099 | 1376857136 | 1588823181 |
| 1073867586 | 1245253194 | 1376983429 | 1588976377 |
| 1083817704 | 1245261536 | 1396100582 | 1598086910 |
| 1104093301 | 1245389642 | 1396868774 | 1598788127 |
| 1114121639 | 1245436815 | 1396909768 | 1598920290 |
| 1114244084 | 1245463058 | 1407111248 | 1598936726 |
| 1124002845 | 1255371662 | 1407166218 | 1609040310 |
| 1124051172 | 1255407300 | 1417052242 | 1609806835 |
| 1124199211 | 1255516761 | 1417118464 | 1609971407 |
| 1134395320 | 1255737946 | 1417118597 | 1619178142 |
| 1134446529 | 1265489546 | 1417213257 | 1619248150 |
| 1144211319 | 1265632269 | 1427200930 | 1629003264 |
| 1144391046 | 1275039141 | 1437143815 | 1629022579 |
| 1144421131 | 1275744583 | 1437271418 | 1629289145 |
| 1154372233 | 1275949224 | 1437378148 | 1639189202 |

1639294135
1639589302
1639591522
1649220369
1649249236
1649315805
1649343146
1649381302
1649394305
1649399668
1649413089
1649568601
1679586978
1679657688
1679688378
1679863427
1699005322
1700019676
1700818093
1710133954
1710216130
1720003619
1720033590
1720223845
1720251184
1720422579
1730194168
1730355272
1730470865
1740274612
1750340139
1750538450
1760996896
1770572711
1770584054
1770658759
1770759177
1770903767
1780720409
1780941096
1790010700
1790150399
1790715241
1790742674
1790957504
1801066642
1801455712
1801867163
1811033525
1831153600
1841428323
1841466638
1841515376
1851618649
1861404535
1861422941

1861476392
1871526426
1881785939
1881887800
1881913622
1891950093
1902995129
1922288075
1932287968
1932304375
1932360880
1932406303
1942205901
1942232749
1942367750
1942389317
1962418137
1962441162
1962445320
1962552265
1962561894
1962602045
1962894410
1972575850
1972600344
1972684397
1972780526
1982755567
1992172803

US v Matthew James – Additions to Exhibit A of subpoena

## General Description

INCLUDE ALL INPATIENT, OUTPATIENT AND PROFESSIONAL CLAIMS WHERE AVAILABLE

DATE RANGE: DATE RANGE INCLUDED IN THE DATA FILE

FILE FORMAT: TAB DELIMITED TEXT FILE [EXCEL FILE IS ALSO ACCEPTABLE. THERE SHOULD BE CARE TO PREVENT LOSS OF PRECEDING '0'S IN THE DATA TRANSFER PROCESS]

### FIELD / DATA ELEMENT NAMING

PLEASE USE THE DATA ELEMENT NAMES SPECIFIED OR MAP THE FILE NAME TO THE SPECIFICATION DATA ELEMENT NAME.

COMMENT:  ANSI EQUIVALENTS WITHIN THE CLAIM DATA SPECIFICATION TAB PROVIDES A REFERENCE DEFINITION AND STANDARD EXAMPLES ONLY AND ARE NOT INTENDED TO NECESSARILY REFLECT THE SOURCE OF THE DATA.

### Requirement - Data Dictionary

DATA FILES SHOULD BE ACCOMPANIED BY A DATA DICTIONARY FOR EACH DATA FIELD

SEPARATE FILES FOR ALL NON-STANDARD (HIPAA) CODE SETS ARE REQUIRED.  **FOR EXAMPLE, IN THE DATA FILE CONTENT SECTION SEE "MAPPED DATA SUPPLIER NAME". INSERT THE ACTUAL NAME OF THE FIELD / DATA ELEMENT USED BY THE HEALTH PLAN**.

## Data File:

- DATA FIELD NAMES SHOULD BE IN THE FIRST ROW

- TAB DELIMITED FILES BROKEN OUT BY YEAR.

- **EACH RECORD SHOULD REPRESENT A UNIQUE SERVICE LINE.**

- IF ANY PROPRIETARY CODES SETS ARE USED IN THIS FILE, THEY SHOULD BE INCLUDED WITH THE DATA FILE AS SEPARATE CODE SET FILES

US v Matthew James – Additions to Exhibit A of subpoena

- DATES SHOULD BE IN THE FORMAT CCCC-MM-DD

- EMPTY DATES SHOULD BE FILLED WITH "9999-01-01"

- ALL DOLLAR AMOUNTS SHOULD BE IN THE FORMAT NNNNNNNNNN.NN

- EMPTY DOLLAR AMOUNTS SHOULD BE FILLED WITH 0.00

## Metadata

- WITH EACH FILE SET THERE SHOULD BE ACCOMPANYING INFORMATION ABOUT
  - UNIQUEFILENAME
  - DATE OF ABSTRACTION
  - DATE RANGE OF THE FILE BASED ON 'ENDDOS' OR DISCHARGE DATE
  - COMMENTS ABOUT KNOWN ISSUES WITH THE FILE

## Data File Content

THE FOLLOWING REPRESENTS AN ENUMERATION OF REQUESTED DATA ELEMENTS WITH A DEFINITION AND OTHER COMMENTS AS NEEDED. PLEASE USE THE NAMES FOR COLUMNS AS LISTED BELOW TO SUPPORT A MORE STRAIGHTFORWARD LOAD INTO THE ANALYTIC DATABASE.

**ALL INFORMATION SHOULD REPRESENT THE FINAL ADJUDICATED CLAIM LINE DATA AT THE TIME OF ABSTRACTION AND NOT MULTIPLE INSTANCES OF INTERIM PROCESSING. ALL INSTANCES OF CLAIM LINE PROCESSING SHOULD BE RECONCILED TO A UNIQUE CLAIM LINE RECORD WITH PROCESSING VALUES SUMMED AT THE TIME OF ABSTRACTION.**

| Data Elements | | | | |
|---|---|---|---|---|
| **Data Element name** | **Mapped Data Supplier / Health plan data element Name** | **Data Element Definition** | **Comments** | **ANSI Data Element Equivalent** |
| SubmitterClaimID | <Insert data submitter data element name if specified name is not used> | A unique ID for the claim as submitted | | ANSI_X12N x221_835 Loop: 2100 Segment: CLP01 Name: Patient Control Number |

US v Matthew James – Additions to Exhibit A of subpoena

| | | | | |
|---|---|---|---|---|
| PayerClaimID | " | A unique ID for the claim generated by the Payer | | ANSI_X12N  x222_837p<br>Loop: 2300<br>Segment: REF02 where REF01 = F8<br>Name: Name Date |
| SubmissionDate | " | Date the claim was submitted | | ANSI_X12N  x222_837p<br>Loop: BHT<br>Segment: BHT04<br>Name: Name Date |
| Paid Date | " | Date the claim was paid | | |
| PatientLastName | " | The last name of the patient | May be excluded if unique non-identifiable Identifier for the patient is provided | ANSI_X12N  x222_837p<br>Loop: 2010CA<br>Segment: NM103<br>Name: Patient Last or Organization Name |
| PatientFirstName | " | The first name of the patient | May be excluded if unique non-identifiable Identifier for the patient is provided | ANSI_X12N  x222_837p<br>Loop: 2010CA<br>Segment: NM104<br>Name: Patient First Name |
| PatientID | " | The unique identifier for the patient | May be replaced by unique non-identifiable Identifier for the patient | ANSI_X12N  x222_837p<br>Loop: 2010CA<br>Segment: NM109<br>Name: Patient Identification Code |
| BillingProviderLastName | " | Last of organization name for the billing provider | | ANSI_X12N  x222_837p<br>Loop: 2010AA<br>Segment: NM103<br>Name: Billing Provider Last or Organizational Name |
| BillingProviderFirstName | " | First name for the billing provider | | ANSI_X12N  x222_837p<br>Loop: 2010AA<br>Segment: NM104<br>Name: Billing Provider First Name |
| BillingProviderNPI | " | Billing provider NPI | | ANSI_X12N  x222_837p<br>Loop: 2010AA<br>Segment: NM109<br>Name: Billing Provider Identifier |
| RenderingProviderLastName | " | Last of organization name for the rendering provider | | ANSI_X12N  x222_837p<br>Loop: 2310B or 2420A<br>Segment: NM103<br>Name: Rendering Provider Last or Organizational Name |

US v Matthew James – Additions to Exhibit A of subpoena

| | | | | |
|---|---|---|---|---|
| RenderingProviderFirstName | " | First name for the rendering provider | | ANSI_X12N  x222_837p<br>Loop: 2310B or 2420A<br>Segment: NM104<br>Name: Rendering Provider First Name |
| RenderingProviderNPI | " | Rendering provider NPI | | ANSI_X12N  x222_837p<br>Loop: 2310B or 2420A<br>Segment: NM109<br>Name: Rendering Provider Identifier |
| RenderingProviderSpecialtyCode | " | The standard HIPAA taxonomy code for the provider performing or rendering the service | | ANSI_X12N  x222_837p<br>Loop: 2310B or 2420A<br>Segment: PRV03 (where PRV01 = PE)<br>Name: Provider Taxonomy Code |
| RenderingProviderSpecialtyCode (CMS) | " | The CMS specific specialty code | This is not the standard HIPAA specialty code but is included in many claim files | |
| ReferringProviderLastName | " | Last of organization name for the Referring provider | | ANSI_X12N  x222_837p<br>Loop: 2310A or 2420F<br>Segment: NM103  (where NM101 = DN)<br>Name: Referring Provider Last or Organizational Name |
| ReferringProviderFirstName | " | First name for the rendering provider | | ANSI_X12N  x222_837p<br>Loop: 2310A or 2420F<br>Segment: NM104  (where NM101 = DN)<br>Name: Referring Provider First Name |
| ReferringProviderNPI | " | Rendering provider NPI | | ANSI_X12N  x222_837p<br>Loop: 2310A or 2420F<br>Segment: NM109 (where NM101 = DN)<br>Name: Referring Provider Identifier |
| Primarypayer | " | The name of the primary payer | | |
| PrimaryPayerPlan | " | The name of the primary payer plan | | |
| SecondaryPayer | " | The name of the secondary payer | | |
| SecondaryPayerPlan | " | The name of the secondary payer plan | | |

US v Matthew James – Additions to Exhibit A of subpoena

| | | | | |
|---|---|---|---|---|
| AccidentDate | " | The reported date of an accident | Where relevant | ANSI_X12N  x222_837p<br>Loop: 2300<br>Segment: DTP03 WHERE DTP01 = 439<br>Name: Accident Date |
| SymptomOnsetDate | " | The reported date of symptom onset | Where available | ANSI_X12N  x222_837p<br>Loop: 2300<br>Segment: DTP03 WHERE DTP01 = 431<br>Name: Onset of Current Illness or Injury Date |
| InitialTreatmentDate | " | The reported date of initial treatment | Where available | ANSI_X12N  x222_837p<br>Loop: 2300<br>Segment: DTP03 WHERE DTP01 = 454<br>Name: Initial Treatment Date |
| ClaimStatus | " | The status of the claim on completion of processing | | ANSI_X12N  x221_835<br>Loop: 2100<br>Segment: CLP02<br>Name: Claim Status Code |
| DiagnosisCode | " | The principal diagnosis assigned by the provider at the conclusion of the encounter that represents the primary condition that was the reason for care during the encounter based on coding guidelines | **Include all reported codes - repeat as needed These could be reported in a separate file with the appropriate claim record key** | ANSI_X12N  x222_837p or 223_837i<br>Loop: 2300<br>Segment: HI(1-12)-2<br>Name: Diagnosis |
| DiagnosisCodeQualifier | " | A qualifier that defines if the code is and ICD-9 or ICD-10 principal diagnosis code | **Include all reported codes - repeat as needed These could be reported in a separate file with the appropriate claim record key** | ANSI_X12N  x222_837p or 223_837i<br>Loop: 2300<br>Segment: HI(1-12)-1<br>Name: Code List Qualifier |
| ClaimFileType | " | The designation of the claim as inpatient or outpatient/professional | | |
| Type of bill | " | The type of facility where the service was rendered | This is defined based on a combination of the CLM-05 values | ANSI_X12N  x222_837p<br>Loop: 2300<br>Segment: CLM05-[1-3]<br>Name: Facility Code Qualifier |

US v Matthew James – Additions to Exhibit A of subpoena

| | | | | |
|---|---|---|---|---|
| Place of Service | " | The code defining the place the service was delivered | | Based on the HCFA defined codes for place of service |
| ServiceCode | " | The code for the service provided | Remove decimals | ANSI_X12N x221_835 Loop: 2110 Segment: SVC01-2 Name: Adjudicated Procedure Code |
| Modifer1 | " | The first modifier for the service code | | ANSI_X12N x221_835 Loop: 2110 Segment: SVC01-3 Name: Procedure Modifier |
| Modifer2 | " | The second modifier for the service code | | ANSI_X12N x221_835 Loop: 2110 Segment: SVC01-4 Name: Adjudicated Procedure Code |
| Modifer3 | " | The third modifier for the service code | | ANSI_X12N x221_835 Loop: 2110 Segment: SVC01-5 Name: Adjudicated Procedure Code |
| Modifer4 | " | The fourth modifier for the service code | | ANSI_X12N x221_835 Loop: 2110 Segment: SVC01-6 Name: Adjudicated Procedure Code |
| NDCCode | " | The national drug code | Where available | |
| Drug name | " | The NDC drug name | | |
| ClaimDRG | " | The reported DRG on inpatient claims | Relevant to inpatient claims | ANSI_X12N x221_835 Loop: 2100 Segment: CLP11 Name: DiagnosisRelatedGroupDRGCode |
| ClaimDRGPaymentAmount | " | The Medicare or medicaid DRG Payment amount | Relevant to inpatient claims | ANSI_X12N x221_835 Loop: 2100 Segment: MIA04 Name: Claim DRG Amount |
| ServiceBilledAmount | " | The amount billed for the service line | | ANSI_X12N x221_835 Loop: 2110 Segment: SVC02 Name: Line Item Charge Amount |
| ServicePaidAmount | " | The paid amount for this service line | | ANSI_X12N x221_835 Loop: 2110 Segment: SVC03 Name: Line Item Provider Payment Amount |

US v Matthew James – Additions to Exhibit A of subpoena

| | | | | |
|---|---|---|---|---|
| ServiceAllowedAmount | " | The payer allowed amount for the service | | ANSI_X12N  x221_835 Loop: 2110 Segment: AMT02  where  AMT01 = B6 Name: Line Item Provider Payment Amount |
| RevenueCode | " | Revenue code | Relevant to all hospital based claims | ANSI_X12N  x221_835 Loop: 2110 Segment: SVC04 Name: National Uniform Billing Committee Revenue Code |
| ServiceQuantity | " | Number of units of service supplied | | ANSI_X12N  x221_835 Loop: 2110 Segment: SVC05 Name: Quantity |
| LineSequenceNumber | " | The sequence number assigned to the claim line within the claim | | ANSI_X12N  x222_837p Loop: 2400 Segment: LX01 Name: Identification Code |
| LineControlNumber | " | The control number for the service line | | ANSI_X12N  x221_835 Loop: 2110 Segment: REF02 where REF01 = 6R Name: Line Item Control Number |
| BeginningServiceDate | " | The beginning date of service for professional and outpatient claims. The discharge date for Inpatient claims | The ending date of the admit through discharge of the inpatient claim and the final ending date of service for all service lines in the professional claim. | ANSI_X12N  x221_835 Loop: 2110 Segment: DTM02 where DTM01='150' (For Inpatient, CLP09 = '1') Name: Claim Statement Period Begin |
| EndingServiceDate | " | The ending date of service for professional and outpatient claims. The discharge date for Inpatient claims | The ending date of the admit through discharge of the inpatient claim and the final ending date of service for service for | ANSI_X12N  x221_835 Loop: 2110 Segment: DTM02 where DTM01='151' (For Inpatient, CLP09 = '1') Name: Claim Statement Period End |

10

US v Matthew James – Additions to Exhibit A of subpoena

| | | | | |
|---|---|---|---|---|
| | | | all service lines in the professional claim. | |
| ClaimPaymentRemarkCode | " | Claim payment remark codes | Include all reported codes - repeat as needed These could be reported in a separate file with the appropriate claim record key | ANSI_X12N  x221_835 Loop: 2100 Segment: MIA05 and (MIA20 thru MIA23) (MOA for outpatient) Name: Claim Payment Remark Code |
| ClaimAdjustmentGroupCode | " | The adjustment code group at the claim level | | ANSI_X12N  x221_835 Loop: 2100 Segment:CAS01 Name: Claim Adjustment Group Code |
| ClaimAdjustmentReasonCode | " | The adjustment reasons code at the claim level | Include all reported codes - repeat as needed These could be reported in a separate file with the appropriate claim record key | ANSI_X12N  x221_835 Loop: 2100 Segment:CAS0x(2,5,8,11,14,17) Name: Claim Adjustment Reason Code |
| ServiceAdjustmenGroupCode | " | The adjustment code group at the service line level | | ANSI_X12N  x221_835 Loop: 2110 Segment:CAS01 Name: Claim Adjustment Group Code |
| ServiceAdjustmentReasonCode | " | The adjustment reasons code at the service line level | Include all reported codes - repeat as needed These could be reported in a separate file with the appropriate claim record key | ANSI_X12N  x221_835 Loop: 2110 Segment:CAS0x(2,5,8,11,14,17) Name: Claim Adjustment Reason Code |
| Remitance AdviceRemarkCode | " | Remitance remarks related to the service line | Include all reported codes - repeat as needed | ANSI_X12N  x221_835 Loop: 2110 Segment:LQ02 where LQ01=HE Name: Remark Code |

US v Matthew James – Additions to Exhibit A of subpoena

| | | | | |
|---|---|---|---|---|
| | | | These could be reported in a separate file with the appropriate claim record key | |
| ProviderAdjustmentReasonCodes | " | Required when reporting adjustments to the actual payment that are not specific to a particular claim or service | Include all reported codes - repeat as needed<br>These could be reported in a separate file with the appropriate claim record key | ANSI_X12N  x221_835<br>Loop: 2110<br>Segment:PLB03<br>Name: (provider)AdjustmentReasonCode |
| ProviderAdjustmentAmount | | Required when reporting adjustments to the actual payment that are not specific to a particular claim or service | Include all reported codes - repeat as needed<br>These could be reported in a separate file with the appropriate claim record key | ANSI_X12N  x221_835<br>Loop: 2110<br>Segment:PLB04<br>Name: (Provider Adjustment) Montary Amount |
| Submitter ID | If the data supplier (health plan or payer) uses a unique internal identifier and more than one Submitter ID is in the data, identify who the submitter ID belongs to, e.g. Leal Billing Co, etc. | | | ANSI_X12N  x222_837p<br>LoopID: 1000A<br><br>Name: SubmitterID |

US v Matthew James – Additions to Exhibit A of subpoena

# Additional provider specific data for all providers included in the claim data file

Provider Street Address

Provider Zip Code

Provider County

Provider State

Provider Primary specialty

# Documents, Policies and Procedures, and Claim Edits

Provide

1. the clinical policies and medical determinations used to determine whether it would pay for a service, specifically listing those policies that applied to the billed CPT codes that were in effect between 2013 and 2019 (listed below); and

2. the payment policies for each health plan as to the amount it generally pays for services billed by out-of-network providers for patients who were admitted through the Emergency Room, who received medical care from out-of-network providers through the in network (gap or nap) exception[1] with the applicable medical codes for those in this case (whether diagnosis code or procedure code) that were in effect between 2013 and 2019 (listed below); and

3. the data demonstrating that the health plan met the Standard "Network adequacy Standards" as set forth in 45 CFR § 156.230, in particular, "Network adequacy standards," paragraph (e) Out-of-network cost sharing that were in effect between 2013 and 2019 (listed below); and

4. Claims processing edits for out of network or (e.g., non-participating or 'non-par') providers for any of the CPT codes (listed below). If the plan maintains edits via a simulator, such as Availity, provide information regarding how to view edits responsive to this Exhibit A (e.g., see the footnote reference to the Availity claim edits simulator provided by Humana, as an example)[2] that were in effect between 2013 and 2019 (listed below); and

---

[1] A gap exception (also referred to as a network deficiency, gap waiver, in-for-out, etc.) is a request to honor a patient's in-network benefits, even though they are seeing an out-of-network provider
[2] Humana claim edits simulator made available on Availity web site. See:
https://www.humana.com/provider/medical-resources/claims-payments/processing-edits

| | | | | |
|---|---|---|---|---|
| 0126T | 11444 | 12014 | 15003 | 15740 |
| 0232T | 11446 | 12018 | 15004 | 15756 |
| 0245T | 11450 | 12021 | 15005 | 15757 |
| 0246T | 11451 | 12031 | 15040 | 15758 |
| 10022 | 11463 | 12032 | 15050 | 15760 |
| 10040 | 11470 | 12034 | 15100 | 15770 |
| 10060 | 11471 | 12035 | 15101 | 15777 |
| 10061 | 11600 | 12036 | 15120 | 15780 |
| 10081 | 11601 | 12037 | 15121 | 15781 |
| 10120 | 11602 | 12041 | 15130 | 15782 |
| 10121 | 11603 | 12042 | 15135 | 15820 |
| 10140 | 11604 | 12044 | 15150 | 15821 |
| 10160 | 11606 | 12045 | 15151 | 15822 |
| 10180 | 11621 | 12051 | 15152 | 15823 |
| 10926 | 11622 | 12052 | 15171 | 15825 |
| 11000 | 11623 | 12053 | 1520 | 15830 |
| 11004 | 11624 | 12055 | 15200 | 15832 |
| 11005 | 11626 | 12056 | 15201 | 15835 |
| 11006 | 11640 | 1210 | 15220 | 15836 |
| 11008 | 11641 | 1214 | 15221 | 15839 |
| 11010 | 11642 | 1230 | 15240 | 15840 |
| 11011 | 11643 | 13020 | 15241 | 15841 |
| 11012 | 11646 | 13021 | 15260 | 15842 |
| 11042 | 11719 | 13022 | 15261 | 15845 |
| 11043 | 11720 | 13100 | 15271 | 15847 |
| 11044 | 11730 | 13101 | 15272 | 15850 |
| 11045 | 11732 | 13102 | 15273 | 15851 |
| 11046 | 11740 | 13120 | 15274 | 15852 |
| 11047 | 11750 | 13121 | 15275 | 15860 |
| 11055 | 11752 | 13122 | 15276 | 15876 |
| 11100 | 11755 | 13131 | 15277 | 15877 |
| 11101 | 11760 | 13132 | 15278 | 15878 |
| 11106 | 11762 | 13133 | 15320 | 15879 |
| 11200 | 11765 | 13150 | 15321 | 15920 |
| 11201 | 11770 | 13151 | 15330 | 15922 |
| 11220 | 11771 | 13152 | 15331 | 15931 |
| 11301 | 11772 | 13153 | 15335 | 15933 |
| 11302 | 11900 | 13160 | 15400 | 15934 |
| 11310 | 11901 | 1360 | 15401 | 15935 |
| 11313 | 11920 | 1400 | 15430 | 15936 |
| 11400 | 11921 | 14000 | 15431 | 15937 |
| 11401 | 11922 | 14001 | 15570 | 15940 |
| 11402 | 11954 | 14020 | 15572 | 15941 |
| 11403 | 11960 | 14021 | 15574 | 15946 |
| 11404 | 11970 | 14040 | 15576 | 15956 |
| 11406 | 11971 | 14041 | 15600 | 15999 |
| 11420 | 11981 | 14060 | 15610 | 160 |
| 11421 | 11982 | 14061 | 15620 | 16020 |
| 11422 | 12001 | 14300 | 15630 | 16025 |
| 11423 | 12002 | 14301 | 15702 | 16030 |
| 11424 | 12003 | 14302 | 15731 | 16035 |
| 11426 | 12004 | 14350 | 15732 | 16036 |
| 11440 | 12005 | 1462 | 15733 | 1610 |
| 11441 | 12007 | 1470 | 15734 | 1638 |
| 11442 | 12011 | 1480 | 15736 | 17000 |
| 11443 | 12013 | 15002 | 15738 | 17250 |

| | | | | |
|---|---|---|---|---|
| 17286 | 20251 | 21070 | 21366 | 22010 |
| 1810 | 20296 | 21073 | 21385 | 22051 |
| 1820 | 20520 | 21085 | 21386 | 22551 |
| 1830 | 20525 | 21086 | 21387 | 22552 |
| 1850 | 20526 | 21088 | 21390 | 22556 |
| 19020 | 20550 | 21121 | 21395 | 22558 |
| 19100 | 20551 | 21127 | 21400 | 22585 |
| 19101 | 20600 | 21141 | 21401 | 22610 |
| 19110 | 20605 | 21143 | 21406 | 22612 |
| 19120 | 20606 | 21145 | 21407 | 22633 |
| 19122 | 20610 | 21146 | 21408 | 22634 |
| 19125 | 20650 | 21147 | 21421 | 22810 |
| 19260 | 20660 | 21172 | 21422 | 22812 |
| 19271 | 20670 | 21180 | 21423 | 22830 |
| 19272 | 20680 | 21188 | 21433 | 22840 |
| 19300 | 20690 | 21193 | 21435 | 22842 |
| 19301 | 20692 | 21194 | 21440 | 22843 |
| 19302 | 20693 | 21195 | 21445 | 22845 |
| 19303 | 20694 | 21196 | 21450 | 22846 |
| 19304 | 20822 | 21198 | 21451 | 22847 |
| 19305 | 20824 | 21206 | 21453 | 22850 |
| 19306 | 20827 | 21208 | 21454 | 22851 |
| 19307 | 20900 | 21209 | 21461 | 22853 |
| 19316 | 20902 | 21210 | 21462 | 22885 |
| 19318 | 20910 | 21215 | 21465 | 22900 |
| 19324 | 20912 | 21230 | 21470 | 22901 |
| 19325 | 20920 | 21235 | 21480 | 22902 |
| 19328 | 20922 | 21240 | 21485 | 22903 |
| 19330 | 20924 | 21244 | 21497 | 22905 |
| 19340 | 20926 | 21245 | 21501 | 23030 |
| 19342 | 20930 | 21248 | 21502 | 23071 |
| 19350 | 20931 | 21249 | 21550 | 23073 |
| 19355 | 20936 | 21267 | 21552 | 23076 |
| 19357 | 20937 | 21270 | 21554 | 23120 |
| 19361 | 20938 | 21275 | 21555 | 23140 |
| 19364 | 20950 | 21280 | 21556 | 23180 |
| 19366 | 20957 | 21282 | 21557 | 23330 |
| 19367 | 20969 | 21310 | 21558 | 23395 |
| 19368 | 20985 | 21315 | 21600 | 23406 |
| 19369 | 21010 | 21320 | 21620 | 23410 |
| 19370 | 21011 | 21325 | 21627 | 23412 |
| 19371 | 21012 | 21330 | 21720 | 23430 |
| 19380 | 21014 | 21335 | 21740 | 23440 |
| 19499 | 21015 | 21336 | 21743 | 23472 |
| 20005 | 21025 | 21337 | 21750 | 23505 |
| 20100 | 21029 | 21338 | 21805 | 23515 |
| 20101 | 21030 | 21339 | 21810 | 23552 |
| 20102 | 21034 | 21340 | 21811 | 23615 |
| 20103 | 21040 | 21343 | 21812 | 23630 |
| 20200 | 21044 | 21344 | 21825 | 23655 |
| 20205 | 21046 | 21346 | 21930 | 23930 |
| 20206 | 21047 | 21347 | 21931 | 24000 |
| 20220 | 21048 | 21355 | 21932 | 24006 |
| 20225 | 21049 | 21356 | 21933 | 24071 |
| 20240 | 21050 | 21360 | 21935 | 24073 |
| 20245 | 21060 | 21365 | 21936 | 24075 |

| | | | | |
|---|---|---|---|---|
| 24076 | 25110 | 26020 | 26478 | 26785 |
| 24077 | 25111 | 26025 | 26479 | 26844 |
| 24079 | 25112 | 26030 | 26480 | 26850 |
| 24101 | 25115 | 26034 | 26483 | 26860 |
| 24105 | 25116 | 26035 | 26497 | 26910 |
| 24140 | 25118 | 26037 | 26498 | 26951 |
| 24147 | 25119 | 26045 | 26500 | 26952 |
| 24149 | 25151 | 26055 | 26502 | 26989 |
| 24200 | 25210 | 26060 | 26508 | 26990 |
| 24201 | 25230 | 26070 | 26516 | 27001 |
| 24300 | 25248 | 26075 | 26518 | 27040 |
| 24305 | 25259 | 26080 | 26520 | 27045 |
| 24332 | 25260 | 26110 | 26525 | 27048 |
| 24341 | 25263 | 26111 | 26535 | 27059 |
| 24342 | 25270 | 26113 | 26536 | 27075 |
| 24343 | 25275 | 26115 | 26540 | 27076 |
| 24345 | 25280 | 26116 | 26541 | 27078 |
| 24357 | 25290 | 26118 | 26542 | 27080 |
| 24358 | 25295 | 26135 | 26545 | 27087 |
| 24359 | 25300 | 26140 | 26546 | 27130 |
| 24495 | 25301 | 26145 | 26548 | 27197 |
| 24505 | 25310 | 26160 | 26565 | 27220 |
| 24515 | 25320 | 26180 | 26567 | 27228 |
| 24516 | 25350 | 26205 | 26587 | 27235 |
| 24535 | 25360 | 26210 | 26591 | 27245 |
| 24538 | 25447 | 26230 | 26593 | 27301 |
| 24545 | 25505 | 26235 | 26600 | 27303 |
| 24546 | 25515 | 26236 | 26605 | 27310 |
| 24575 | 25520 | 26262 | 26607 | 27324 |
| 24579 | 25525 | 26320 | 26608 | 27325 |
| 24586 | 25526 | 26340 | 26615 | 27326 |
| 24600 | 25530 | 26350 | 26641 | 27327 |
| 24605 | 25535 | 26352 | 26645 | 27328 |
| 24635 | 25545 | 26356 | 26650 | 27331 |
| 24650 | 25565 | 26357 | 26675 | 27333 |
| 24655 | 25575 | 26370 | 26676 | 27334 |
| 24665 | 25600 | 26372 | 26685 | 27337 |
| 24666 | 25605 | 26373 | 26686 | 27339 |
| 24670 | 25606 | 26410 | 26700 | 27340 |
| 24675 | 25607 | 26412 | 26705 | 27347 |
| 24685 | 25608 | 26415 | 26706 | 27380 |
| 25000 | 25609 | 26418 | 26715 | 27385 |
| 25001 | 25624 | 26420 | 26720 | 27390 |
| 25020 | 25628 | 26426 | 26725 | 27393 |
| 25023 | 25630 | 26428 | 26727 | 27394 |
| 25024 | 25635 | 26432 | 26735 | 27396 |
| 25025 | 25650 | 26433 | 26740 | 27403 |
| 25028 | 25651 | 26434 | 26742 | 27405 |
| 25040 | 25652 | 26437 | 26746 | 27425 |
| 25073 | 25671 | 26440 | 26750 | 27427 |
| 25075 | 25675 | 26442 | 26755 | 27435 |
| 25085 | 25695 | 26445 | 26756 | 27446 |
| 25101 | 25810 | 26448 | 26765 | 27447 |
| 25105 | 25999 | 26449 | 26770 | 27455 |
| 25107 | 26010 | 26455 | 26775 | 27487 |
| 25109 | 26011 | 26471 | 26776 | 27488 |

| | | | | |
|---|---|---|---|---|
| 27511 | 27792 | 28208 | 29130 | 30580 |
| 27520 | 27810 | 28210 | 29131 | 30600 |
| 27524 | 27814 | 28220 | 29280 | 30620 |
| 27532 | 27818 | 28225 | 29405 | 30630 |
| 27535 | 27822 | 28238 | 29425 | 30801 |
| 27536 | 27823 | 28240 | 29505 | 30802 |
| 27538 | 27824 | 28270 | 29515 | 30901 |
| 27570 | 27825 | 28272 | 29530 | 30903 |
| 27590 | 27826 | 28288 | 29540 | 30905 |
| 27599 | 27827 | 28289 | 29582 | 30915 |
| 27600 | 27828 | 28290 | 29804 | 30920 |
| 27602 | 27829 | 28292 | 29805 | 30930 |
| 27603 | 27840 | 28295 | 29819 | 31000 |
| 27606 | 27842 | 28296 | 29820 | 31020 |
| 27607 | 27846 | 28300 | 29821 | 31030 |
| 27610 | 27848 | 28304 | 29822 | 31032 |
| 27615 | 27860 | 28308 | 29823 | 31231 |
| 27616 | 27870 | 28310 | 29824 | 31238 |
| 27619 | 27880 | 28313 | 29825 | 31240 |
| 27620 | 27882 | 28315 | 29826 | 31502 |
| 27634 | 27892 | 28405 | 29827 | 31575 |
| 27640 | 28002 | 28406 | 29828 | 31600 |
| 27641 | 28003 | 28415 | 29840 | 31603 |
| 27650 | 28005 | 28445 | 29848 | 31605 |
| 27652 | 28008 | 28465 | 29871 | 31610 |
| 27654 | 28024 | 28475 | 29874 | 31613 |
| 27656 | 28035 | 28476 | 29875 | 31614 |
| 27658 | 28039 | 28485 | 29876 | 31620 |
| 27659 | 28041 | 28490 | 29877 | 31622 |
| 27664 | 28045 | 28495 | 29879 | 31623 |
| 27665 | 28047 | 28496 | 29880 | 31624 |
| 27676 | 28052 | 28505 | 29881 | 31625 |
| 27680 | 28060 | 28510 | 29882 | 31627 |
| 27685 | 28072 | 28515 | 29884 | 31628 |
| 27687 | 28080 | 28525 | 29885 | 31629 |
| 27691 | 28086 | 28555 | 29888 | 31632 |
| 27692 | 28088 | 28575 | 29891 | 31633 |
| 27695 | 28090 | 28615 | 29894 | 31643 |
| 27696 | 28111 | 28635 | 29895 | 31750 |
| 27698 | 28112 | 28665 | 29898 | 31770 |
| 27704 | 28113 | 28725 | 29899 | 32000 |
| 27705 | 28118 | 28729 | 30000 | 32035 |
| 27720 | 28120 | 28730 | 30020 | 32036 |
| 27750 | 28122 | 28740 | 30130 | 32096 |
| 27752 | 28124 | 28750 | 30140 | 32097 |
| 27758 | 28126 | 28800 | 30220 | 32098 |
| 27759 | 28130 | 28805 | 30300 | 32100 |
| 27760 | 28140 | 28810 | 30400 | 32110 |
| 27762 | 28150 | 28820 | 30410 | 32120 |
| 27766 | 28153 | 28825 | 30420 | 32124 |
| 27767 | 28160 | 29065 | 30430 | 32140 |
| 27768 | 28190 | 29075 | 30450 | 32141 |
| 27769 | 28192 | 29085 | 30462 | 32150 |
| 27781 | 28193 | 29105 | 30465 | 32151 |
| 27786 | 28200 | 29125 | 30520 | 32220 |
| 27788 | 28202 | 29126 | 30560 | 32225 |

| | | | | |
|---|---|---|---|---|
| 32250 | 32906 | 35876 | 38746 | 41112 |
| 32310 | 32940 | 35879 | 38747 | 41115 |
| 32320 | 32999 | 35903 | 38760 | 41120 |
| 32405 | 33010 | 36005 | 38765 | 41250 |
| 32421 | 33025 | 36140 | 38770 | 41251 |
| 32422 | 33050 | 36200 | 38780 | 41252 |
| 32440 | 33202 | 36535 | 38790 | 41800 |
| 32480 | 33207 | 36555 | 38792 | 41830 |
| 32482 | 33208 | 36556 | 38900 | 41870 |
| 32484 | 33210 | 36557 | 39200 | 41874 |
| 32500 | 33212 | 36561 | 39220 | 41899 |
| 32501 | 33213 | 36569 | 39400 | 42180 |
| 32505 | 33215 | 36570 | 39401 | 42182 |
| 32506 | 33227 | 36571 | 39402 | 42200 |
| 32507 | 33231 | 36576 | 39501 | 42210 |
| 32540 | 33236 | 36589 | 39530 | 42226 |
| 32550 | 33238 | 36590 | 39540 | 42405 |
| 32551 | 33249 | 36620 | 39541 | 42408 |
| 32552 | 33251 | 37220 | 39545 | 42415 |
| 32554 | 33263 | 37221 | 39560 | 42420 |
| 32556 | 33282 | 37222 | 39561 | 42426 |
| 32560 | 33284 | 37223 | 39599 | 42440 |
| 32561 | 33320 | 37600 | 400 | 42450 |
| 32562 | 33820 | 37607 | 402 | 42815 |
| 32601 | 33822 | 37609 | 404 | 42831 |
| 32604 | 33951 | 37615 | 40510 | 43030 |
| 32606 | 33977 | 37616 | 40520 | 43117 |
| 32607 | 34051 | 37617 | 40525 | 43123 |
| 32608 | 34101 | 37618 | 40650 | 43130 |
| 32609 | 34111 | 37660 | 40652 | 43195 |
| 32650 | 34421 | 37700 | 40654 | 43200 |
| 32651 | 34490 | 37799 | 40700 | 43201 |
| 32652 | 34520 | 38100 | 40761 | 43202 |
| 32653 | 34803 | 38115 | 40801 | 43213 |
| 32654 | 34825 | 38120 | 40805 | 43215 |
| 32655 | 35045 | 38220 | 40810 | 43220 |
| 32656 | 35122 | 38240 | 40812 | 43225 |
| 32657 | 35141 | 38305 | 40814 | 43231 |
| 32658 | 35201 | 38308 | 40816 | 43232 |
| 32659 | 35206 | 38445 | 40819 | 43233 |
| 32661 | 35207 | 38500 | 40830 | 43235 |
| 32662 | 35216 | 38505 | 40831 | 43236 |
| 32663 | 35221 | 38510 | 40840 | 43239 |
| 32666 | 35226 | 38520 | 40845 | 43245 |
| 32667 | 35236 | 38525 | 41000 | 43246 |
| 32668 | 35246 | 38530 | 41005 | 43247 |
| 32669 | 35256 | 38542 | 41006 | 43259 |
| 32670 | 35355 | 38562 | 41007 | 43260 |
| 32672 | 35570 | 38564 | 41008 | 43261 |
| 32674 | 35656 | 38570 | 41009 | 43264 |
| 32761 | 35665 | 38571 | 41010 | 43266 |
| 32800 | 35701 | 38573 | 41015 | 43279 |
| 32810 | 35761 | 38700 | 41016 | 43280 |
| 32815 | 35820 | 38724 | 41017 | 43281 |
| 32820 | 35840 | 38740 | 41018 | 43282 |
| 32900 | 35860 | 38745 | 41110 | 43283 |

| | | | | |
|---|---|---|---|---|
| 43289 | 44121 | 44955 | 46715 | 49204 |
| 43312 | 44125 | 44960 | 46740 | 49205 |
| 43313 | 44126 | 44970 | 46742 | 49215 |
| 43314 | 44127 | 45020 | 46750 | 49250 |
| 43325 | 44130 | 45100 | 46751 | 49255 |
| 43327 | 44139 | 45110 | 46761 | 49320 |
| 43330 | 44140 | 45111 | 46762 | 49321 |
| 43332 | 44141 | 45120 | 46910 | 49322 |
| 43333 | 44143 | 45130 | 46922 | 49323 |
| 43336 | 44144 | 45160 | 46924 | 49324 |
| 43415 | 44145 | 45171 | 46945 | 49326 |
| 43499 | 44146 | 45172 | 46946 | 49329 |
| 43500 | 44147 | 45300 | 46947 | 49402 |
| 43501 | 44150 | 45303 | 47000 | 49406 |
| 43502 | 44151 | 45305 | 47001 | 49418 |
| 43520 | 44155 | 45307 | 47010 | 49420 |
| 43610 | 44160 | 45317 | 47100 | 49422 |
| 43611 | 44180 | 45321 | 47120 | 49440 |
| 43621 | 44186 | 45330 | 47125 | 49491 |
| 43622 | 44187 | 45334 | 47300 | 49492 |
| 43631 | 44188 | 45378 | 47350 | 49496 |
| 43632 | 44202 | 45380 | 47360 | 49501 |
| 43634 | 44203 | 45382 | 47361 | 49505 |
| 43644 | 44204 | 45505 | 47379 | 49507 |
| 43653 | 44205 | 45541 | 47382 | 49520 |
| 43659 | 44206 | 45562 | 47420 | 49521 |
| 43752 | 44207 | 45563 | 47480 | 49525 |
| 43770 | 44211 | 45800 | 47490 | 49550 |
| 43771 | 44213 | 45905 | 47510 | 49553 |
| 43772 | 44227 | 45910 | 47532 | 49557 |
| 43773 | 44238 | 45915 | 47533 | 49560 |
| 43774 | 44300 | 45990 | 47534 | 49561 |
| 43775 | 44310 | 46020 | 47538 | 49565 |
| 43800 | 44320 | 46030 | 47550 | 49566 |
| 43830 | 44345 | 46040 | 47562 | 49568 |
| 43832 | 44346 | 46045 | 47563 | 49570 |
| 43840 | 44602 | 46050 | 47564 | 49572 |
| 43843 | 44603 | 46060 | 47579 | 49580 |
| 43845 | 44604 | 46080 | 47600 | 49582 |
| 43846 | 44615 | 46083 | 47711 | 49585 |
| 43848 | 44620 | 46200 | 47785 | 49587 |
| 43860 | 44625 | 46220 | 47999 | 49590 |
| 43870 | 44626 | 46250 | 48140 | 49600 |
| 43888 | 44640 | 46255 | 48150 | 49605 |
| 43999 | 44650 | 46258 | 48153 | 49650 |
| 44005 | 44660 | 46260 | 49000 | 49651 |
| 44010 | 44661 | 46275 | 49002 | 49652 |
| 44015 | 44700 | 46280 | 49010 | 49653 |
| 44020 | 44701 | 46285 | 49020 | 49654 |
| 44021 | 44799 | 46320 | 49040 | 49655 |
| 44050 | 44800 | 46505 | 49060 | 49656 |
| 44055 | 44820 | 46600 | 49082 | 49657 |
| 44100 | 44850 | 46614 | 49083 | 49659 |
| 44110 | 44900 | 46700 | 49084 | 49900 |
| 44111 | 44904 | 46706 | 49180 | 49904 |
| 44120 | 44950 | 46707 | 49203 | 49905 |

| | | | | |
|---|---|---|---|---|
| 49999 | 51736 | 54440 | 57545 | 58960 |
| 50010 | 51800 | 54450 | 57925 | 59100 |
| 50080 | 51860 | 54505 | 58100 | 59120 |
| 50081 | 51865 | 54512 | 58120 | 59151 |
| 50225 | 51880 | 54520 | 58140 | 59350 |
| 50230 | 51990 | 54522 | 58145 | 59425 |
| 50387 | 51999 | 54530 | 58146 | 59510 |
| 50389 | 520 | 54550 | 58150 | 59514 |
| 50392 | 52000 | 54600 | 58152 | 59820 |
| 50393 | 52001 | 54620 | 58180 | 59830 |
| 50394 | 52005 | 54640 | 58200 | 60210 |
| 50395 | 52204 | 54650 | 58210 | 60220 |
| 50400 | 52214 | 54670 | 58300 | 60225 |
| 50543 | 52234 | 54700 | 58301 | 60240 |
| 50544 | 52235 | 54830 | 58350 | 60270 |
| 50545 | 52240 | 54840 | 58400 | 60281 |
| 50546 | 52281 | 55040 | 58540 | 60500 |
| 50548 | 52310 | 55041 | 58541 | 60502 |
| 50549 | 52315 | 55060 | 58542 | 60505 |
| 50575 | 52317 | 55100 | 58544 | 60512 |
| 50580 | 52318 | 55110 | 58545 | 60520 |
| 50590 | 52325 | 55120 | 58546 | 60521 |
| 50600 | 52330 | 55150 | 58552 | 60522 |
| 50605 | 52332 | 55175 | 58553 | 60650 |
| 50650 | 52334 | 55180 | 58555 | 61313 |
| 50684 | 52341 | 55250 | 58558 | 61320 |
| 50688 | 52344 | 55520 | 58559 | 61510 |
| 50715 | 52351 | 55550 | 58560 | 61550 |
| 50722 | 52352 | 55559 | 58561 | 61605 |
| 50727 | 52353 | 55821 | 58562 | 61619 |
| 50760 | 52354 | 55866 | 58570 | 61781 |
| 50780 | 52356 | 55875 | 58571 | 62005 |
| 50785 | 52601 | 56405 | 58573 | 62010 |
| 50820 | 53040 | 56630 | 58578 | 62120 |
| 50900 | 53410 | 57000 | 58611 | 62140 |
| 50930 | 53415 | 57106 | 58660 | 62141 |
| 50940 | 53500 | 57107 | 58661 | 62147 |
| 50949 | 53505 | 57135 | 58662 | 62223 |
| 51040 | 53600 | 57200 | 58670 | 62230 |
| 51045 | 53605 | 57210 | 58671 | 62318 |
| 51050 | 54001 | 57240 | 58679 | 62361 |
| 51065 | 54015 | 57250 | 58700 | 63030 |
| 51500 | 54100 | 57267 | 58720 | 63035 |
| 51525 | 54110 | 57280 | 58740 | 63040 |
| 51530 | 54150 | 57282 | 58750 | 63045 |
| 51550 | 54160 | 57283 | 58820 | 63047 |
| 51555 | 54161 | 57288 | 58822 | 63048 |
| 51565 | 54220 | 57296 | 58825 | 63056 |
| 51570 | 54235 | 57305 | 58900 | 63075 |
| 51597 | 54300 | 57330 | 58925 | 63076 |
| 51600 | 54360 | 57400 | 58940 | 63081 |
| 51610 | 54405 | 57410 | 58950 | 63082 |
| 51700 | 54411 | 57423 | 58952 | 63085 |
| 51702 | 54430 | 57425 | 58953 | 63086 |
| 51703 | 54435 | 57500 | 58954 | 63087 |
| 51728 | 54437 | 57530 | 58957 | 63301 |
| | | | | 64400 |

| | | | | |
|---|---|---|---|---|
| 64402 | 64857 | 70480 | 93875 | 99214 |
| 64405 | 64859 | 70486 | 93880 | 99215 |
| 64408 | 64864 | 70490 | 93922 | 99220 |
| 64413 | 64865 | 71250 | 93923 | 99221 |
| 64415 | 64868 | 72131 | 93924 | 99222 |
| 64417 | 64872 | 73110 | 93925 | 99223 |
| 64420 | 64874 | 73120 | 93930 | 99224 |
| 64421 | 64885 | 73130 | 93975 | 99225 |
| 64425 | 64886 | 73140 | 93978 | 99231 |
| 64430 | 64890 | 73610 | 94010 | 99232 |
| 64447 | 64891 | 73620 | 94060 | 99233 |
| 64450 | 64892 | 73630 | 94150 | 99234 |
| 64455 | 64893 | 73660 | 94200 | 99235 |
| 64486 | 64895 | 74000 | 94240 | 99236 |
| 64488 | 64898 | 74150 | 94350 | 99238 |
| 64489 | 648987 | 74270 | 94360 | 99239 |
| 64612 | 64901 | 74360 | 94370 | 99242 |
| 64614 | 64902 | 74420 | 94375 | 99243 |
| 64615 | 64905 | 74430 | 94620 | 99244 |
| 64647 | 64910 | 74475 | 94660 | 99245 |
| 64702 | 64911 | 75710 | 94720 | 99251 |
| 64704 | 64912 | 75756 | 94760 | 99252 |
| 64708 | 64999 | 75801 | 94770 | 99253 |
| 64712 | 65114 | 75820 | 95782 | 99254 |
| 64713 | 65210 | 75825 | 95805 | 99255 |
| 64716 | 65270 | 75827 | 95806 | 99281 |
| 64718 | 65272 | 75952 | 95807 | 99282 |
| 64719 | 65290 | 75953 | 95810 | 99283 |
| 64721 | 67400 | 75989 | 95811 | 99284 |
| 64722 | 67414 | 76000 | 95865 | 99285 |
| 64727 | 67445 | 76001 | 95870 | 99291 |
| 64732 | 67560 | 76377 | 95930 | 99305 |
| 64734 | 67570 | 76499 | 95940 | 99306 |
| 64736 | 67700 | 76604 | 96372 | 99308 |
| 64742 | 67715 | 76642 | 97597 | 99354 |
| 64744 | 67810 | 76645 | 97598 | 99356 |
| 64763 | 67840 | 76770 | 97602 | 99443 |
| 64766 | 67875 | 76775 | 97605 | 99468 |
| 64770 | 67880 | 76857 | 97606 | 99469 |
| 64771 | 67900 | 76872 | 97607 | 99471 |
| 64772 | 67901 | 76881 | 97608 | 99472 |
| 64774 | 67902 | 76882 | 99001 | 99477 |
| 64776 | 67904 | 76930 | 99024 | D7210 |
| 64782 | 67917 | 76937 | 99051 | D7411 |
| 64784 | 67921 | 76942 | 99053 | G8664 |
| 64787 | 67930 | 76965 | 99058 | L1686 |
| 64790 | 67935 | 76998 | 99060 | L8045 |
| 64792 | 67950 | 77001 | 99070 | Q4118 |
| 64795 | 67961 | 77002 | 99140 | Q4119 |
| 64831 | 68700 | 77032 | 99201 | S2066 |
| 64832 | 68720 | 84716 | 99202 | S2067 |
| 64834 | 68810 | 88104 | 99203 | S2068 |
| 64835 | 69005 | 88329 | 99204 | S2404 |
| 64836 | 69205 | 91299 | 99205 | S2900 |
| 64837 | 69300 | 92502 | 99211 | |
| 64840 | 69310 | 93288 | 99212 | |
| 64856 | 69990 | 93289 | 99213 | |