

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMM/MGD/ANR
F. #2018R02072

*610 Federal Plaza*
*Central Islip, New York 11722*

July 8, 2022

<u>By ECF</u>

Krieger Kim & Lewin LLP
500 Fifth Avenue, 34th Floor
New York, New York 10110
Attn:   Paul M. Krieger
       Georgia V. Kostopoulos
       Adam M. Gitlin

          Re:    United States v. Mathew James
                <u>Criminal Docket No. 19-382 (S-1) (JS)</u>

Dear Counselors:

          Enclosed please find the government's supplemental exhibit list and copies of the government's exhibits.  The government reserves the right to amend or revise the exhibit list and exhibits.

          The government is providing the exhibits via a shareable site, USA File Exchange.  Please be advised that you must download the materials from USA File Exchange within 60 days from the date it was uploaded.  The USA File Exchange is *not* a storage site and the materials are automatically deleted within 60 days.

Please do not hesitate to contact us if you have any questions.

<div style="margin-left: 40%;">

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Catherine M. Mirabile
Catherine M. Mirabile
Antoinette Rangel
Assistant U.S. Attorneys
(631) 715-7850 / (718) 254-7481

Miriam Glaser Dauermann
Trial Attorney
(718) 254-7885

</div>

Enclosures

cc: Clerk of the Court (JS) (by ECF) (without enclosures)