# EXHIBIT A IS FILED UNDER SEAL